i

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| IN RE: | SHANNON Y. JOHNSON | CASE NO: 4:10-bk-11928 M |
| | Debtor | Chapter 13 |

**CHAPTER 13 ORDER TO PAY TRUSTEE
(DIRECT PAY)**

The above named debtor has filed a petition under Chapter 13 of the United States Bankruptcy Code.

IT IS ORDERED that until further order of this Court, the debtor named above shall pay the sum of **$375.00 MONTHLY** and each succeeding period thereafter, to:

Joyce Bradley Babin, Trustee
Chapter 13 Standing Trustee
P O Box 55161
Little Rock, AR 72215-5161

IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashier's check or certified funds and **are due by the 27th of each month unless scheduled otherwise.**

IT IS FURTHER ORDERED that this order supersedes previous orders to the debtor to make payments to the Trustee in this case.

Date: 09/28/2010

/s/ James G Mixon
James G Mixon
United States Bankruptcy Judge

cc: Joyce Bradley Babin
John G. Phillips
Shannon Y. Johnson